UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW NOLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LINDA THOMAS, Warden, | ) | |
| JANET PURDUE, Assistant Warden, | ) | |
| JAMES HENRY, Assistant Warden, | ) | No. 11 C 1565 |
| ANTONIO SALAS, Captain, | ) | |
| WILLIAM SCHNAKE, Unit Manager, | ) | Judge Zagel |
| MICHAEL REUSCH, Lieutenant, | ) | |
| WANDA COLLINS, Lieutenant, | ) | |
| KIM SHIVERS, Correctional Officer, | ) | |
| ROBERT JOHNSON, BOP Staff, | ) | |
| MICHAEL NALLEY, BOP Regional | ) | |
| Director, | ) | |
| | ) | |
| Defendants. | | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Linda Thomas, Janet Purdue, James Henry, Antonio Salas, William Schnake, Michael Reusch, Wanda Collins, Kim Shivers, Robert Johnson and Michael Nalley, through their attorney Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, assert the defense of qualified immunity and move to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). A supporting memorandum of law is submitted herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055
jonathan.haile@usdoj.gov