**PART B - RESPONSE TO ADMINISTRATIVE REMEDY INDEX NO. 571285-F1**

This is in response to your Administrative Remedy Request received on January 5, 2010, wherein you request to be removed from the increased security status of a "three man hold." As relief, you seek to have this classification removed.

A review of this matter revealed you were placed in the Special Housing Unit (SHU) on February 26, 2009, for the purpose of greater security. This decision was based on several factors, including your specialized regiment within the British Army with unique military training and skills. Additionally, since your arrival at MCC Chicago, you have received incident reports for Destruction of Government Property, Threatening Staff, and Insolence Towards Staff. Lastly, you are currently being prosecuted for possession of prohibited items that may be used to facilitate an escape from this facility. The requirement of a three-person escort is for security reasons and is reviewed on a weekly basis. At this time, there is no new information which would warrant any changes in your security status or housing assignment.

Based upon the above information, your request for relief is denied. If you are not satisfied with this response, you may submit an appeal within twenty (20) days of the date of this response, on the appropriate form (BP-10) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66201-2492.

L. R. Thomas, Warden                    Date

EXHIBIT 1

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 571285-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on March 15, 2010, in which you state being placed on "three-man hold" status while in the Special Housing Unit is unjustified because you have no criminal background and the charges against you are nonviolent in nature. For relief, you request to have the "three-man hold" status lifted and to be housed in general population.

We have reviewed your appeal and the Warden's response, dated February 12, 2010. The Warden has the authority to place an inmate on "three-man hold" for security reasons. In your case, an increase in escort security was deemed necessary due to your past military training and skills, and incident reports you received for Destruction of Government Property, Threatening Staff, and Insolence Towards Staff. In addition, you are currently pending prosecution for possession of items which could be used to facilitate an escape from the institution. Accordingly, we support the Warden's decision.

Based on the above information, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

4-20-10
Date

Michael K. Nalley, Regional Director

RECEIVED

MAY 1 0 2010

WARDEN'S OFFICE